**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Puerto Rico__
                                 (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**
CAPETE CORPORATION

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

DBA Motel Oriente

**3. Debtor's federal Employer Identification Number (EIN)**
6 6 _ 0 5 3 8 1 7 3

**4. Debtor's address**

Principal place of business

Carr 181   KM 2.9 Quemado Ward
Number      Street


San Lorenzo         PR        00754
City                State     ZIP Code


San Lorenzo
County

Mailing address, if different from principal place of business

PO Box 518
Number      Street

P.O. Box
Las Piedras         PR        00771
City                State     ZIP Code

Location of principal assets, if different from principal place of business

_____
Number      Street


_____
City                State     ZIP Code

**5. Debtor's website (URL)**
_____

Debtor  **CAPETE CORPORATION**  _____   Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. _Check one:_ |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_7_  _2_  _1_  _1_       ⊞

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | _Check one:_ |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. _Check all that apply:_

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No |
| | | ☐ Yes.  District _____  When _____  Case number _____ |
| | _If more than 2 cases, attach a separate list._ | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

Debtor    CAPETE CORPORATION             Case number (if known) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   Caribbean Motel Corporation     Relationship   Stockholder

District   USBC-District of Puerto Rico     When   06/15/2021

Case number, if known   21-01831        MM / DD / YYYY

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number      Street

_____
City                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | CAPETE CORPORATION | | | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05  09  2022
          MM  / DD / YYYY

X _Margaro Rivera_ _____

Signature of authorized representative of debtor

Margaro Rivera Guzman
Printed name

Title  President

**18. Signature of attorney**

X _____

Signature of attorney for debtor

Date  05  09  2022
          MM  / DD / YYYY

Wigberto Lugo Mender
Printed name

Lugo Mender Group, LLC.
Firm name

100 Carr.   165 Suite 501
Number      Street

Guaynabo
City

PR
State

00968-8052
ZIP Code

(787) 707-0404
Contact phone

wigberto@lugomender.com
Email address

212304 PR
Bar number

State

Debtor    CAPETE CORPORATION
<br>Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (*if known*) _____    Chapter   11

☐ Check if this an amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | Caribbean Motel Corporation | | | Relationship to you | | Stockholder |
| District | USBC- District of Puerto Rico | When | 6/15/21 | Case number, if known | | 21-01831 |
| Debtor | MAM Corporation | | | Relationship to you | | Stockholder |
| District | USBC- District of Puerto Rico | When | 5/09/22 | Case number, known | | |

# Capete Corporation

## CORPORATE RESOLUTION

**Capete Corporation,** a corporation constituted per the laws and within the Commonwealth of Puerto Rico, by this certify:

At the meeting celebrated on May 6, 2022, the Board of Directors of Capete Corporation agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

That we have been informed and counseled as of the meaning of Chapter 11 of the Bankruptcy Code.

At the meeting celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved by officers and stockholders.

That it was also agreed that the services of Attorney Wigberto Lugo-Mender and Alexis Betancourt-Vincenty of Lugo Mender Group LLC would be retained for such purposes.

That for the best interest of the company we authorize to file a petition for relief under Chapter 11 of the Bankruptcy Code at the Bankruptcy Court for the District of Puerto Rico. Also, we authorize Mr. Margaro Rivera-Guzmán, Esq., President of the Corporation execute such petition and to represent the corporation at this bankruptcy proceeding, including the authority to contract services required or to be performed in this matter.

I sign this Resolution today the 6 day of May 2022.

_____
Secretary

Capete Corporation
#96133
27.Nov.1996

(Corporate Seal)

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CAPETE CORPORATION |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CRIM PO Box 195387 San Juan, PR 00936-5387 | www.crimpr.gov | Land of 1.74 Cdas located in Quemados Ward, San Lorenzo PR Land No. 9878 Unrecorded in the Registry of Property | | $55,769.87 | $200,000.00 | $32,075.98 |
| CRIM PO Box 195387 San Juan, PR 00936-5387 | | Land of 3.0954 cdas located at Quemado Ward, San Lorenzo, PR , with real properties used as "Motel" (Land #4,322) | | $84,004.17 | $652,272.00 | $5,774.89 |
| CRIM PO Box 195387 San Juan, PR 00936-5387 | | Lot of land of 788.0863 sq mts located at Quemados Ward, San Lorenzo PR Land No. 20234 Unrecorded in the Registry of Property | | $8,501.64 | $80,000.00 | $3,343.03 |
| OSP Consortium LLC PO Box 190085 San Juan, PR 00919 | | First Mortgage MAM Corporation | | | | $2,417,869.44 |
| OSP Consortium LLC PO Box 190085 San Juan, PR 00919 | | Land of 3.0954 cdas located at Quemado Ward, San Lorenzo, PR , with real properties used as "Motel" (Land #4,322) | | $2,423,265.00 | $652,272.00 | $1,854,997.17 |
| State Insurance Fund Corp. PO Box 365028 San Juan, PR 00936-5028 | | Workmen's Insurance | | | | $8,189.38 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    CAPETE CORPORATION

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 9, 2022          X _Margaro Rivera_____
                                    Signature of individual signing on behalf of debtor

                                    Margaro Rivera Guzman
                                    Printed name

                                    President
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CAPETE CORPORATION |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $   932,272.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................   $   59,441.94

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $   991,713.94

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   2,571,540.68

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   8,189.38

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   2,417,869.44

4. Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b                                                                      $   4,997,599.50

## United States Bankruptcy Court
### District of Puerto Rico

In re   CAPETE CORPORATION                                    Case No. _____
                              Debtor(s)        Chapter    11   _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Margaro Rivera Guzman<br>PO Box 518<br>Las Piedras, PR 00771 | Common | 50% | Shareholder |
| Rebecca Rivera Rosa<br>PO Box 518<br>Las Piedras, PR 00771 | Common | 50% | Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 9, 2022 _____        Signature   _Margaro Rivera_ _____
                                                       Margaro Rivera Guzman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

### United States Bankruptcy Court
#### District of Puerto Rico

In re    CAPETE CORPORATION

Debtor(s)

Case No. _____

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May  9, 2022

Margaro Rivera Guzman/President
Signer/Title

CAPETE  CORPORATION
PO BOX 518
LAS PIEDRAS, PR 00771

OSP CONSORTIUM LLC
PO BOX 190085
SAN JUAN, PR 00919

WIGBERTO LUGO MENDER
LUGO MENDER GROUP, LLC
100 CARR 165 SUITE 501 GUAYNABO,
PR 00968-8052

PR DEPARMENT OF LABOR
PO BOX 21361
SAN JUAN, PR 00928-1361

ADRIAN J HILERA PSC
880 BOULEVARD TITO CASTRO
ONE PLAZA SUITE 102
PONCE, PR 00716

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424
PO BOX 9024140
SAN JUAN, PR 00902-4140

CONDADO 2 LLC
1519 AVE PONCE DE LEON
SUITE 311
SAN JUAN, PR 00908

PR TOURISM CORPORATION
PO BOX 9023960
SAN JUAN, PR 00902-3960

CRIM
PO BOX 195387
SAN JUAN, PR 00936-5387

REBECCA RIVERA ROSA
PO BOX 518
LAS PIEDRAS, PR 00771

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101-7346

STATE INSURANCE FUND CORP.
PO BOX 365028
SAN JUAN, PR 00936-5028

JOSE LUIS MARTINEZ SARIEGO ESQ
880 BOULEVARD TITO CASTRO
ONE PLAZA SUITE 102
PONCE, PR 00716

MARGARO RIVERA GUZMAN
PO BOX 518
LAS PIEDRAS, PR 00771

MUNICIPALITY OF SAN LORENZO
PO BOX 1289
SAN LORENZO, PR 00754-1289

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   CAPETE CORPORATION

Debtor(s)

Case No. _____

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 4,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May  9, 2022 | /s/ Wigberto Lugo Mender |
| *Date* | Wigberto Lugo Mender 212304 |
| | *Signature of Attorney* |
| | Lugo Mender Group, LLC |
| | 100 Carr 165 Suite 501 |
| | Guaynabo, PR 00968-8052 |
| | (787) 707-0404 |
| | *Name of law firm* |

---